# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED MAY 24 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

Shannon Marie Hawkins,

                Defendant.

Case No. 18-cr-0288-AJB

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

- [x] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

- [ ] the Court has dismissed the case for unnecessary delay; or

- [ ] the Court has granted the motion of the Government for dismissal, without prejudice; or

- [ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

- [ ] a jury has been waived, and the Court has found the defendant not guilty; or

- [ ] the jury has returned its verdict, finding the defendant not guilty;

- [x] of the offense(s) as charged in the Indictment/Information:

  21:952,960 – Importation of Methamphetamine (Felony) (1); 21:952,960 – Importation of Heroin (Felony) (2)

Dated: 5/24/2018

Hon. Jill L. Burkhardt
United States Magistrate Judge